UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

JODEEN R. ANAYA and
GORGONIO G. ANAYA,   Case No. 18-11137 ta7

Debtors.

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

This matter came before the Court on June 4, 2018, for a preliminary hearing on Creditor's Motion for Relief from Automatic Stay and Abandonment, filed May 10, 2018, doc. 11 (the "Motion"), and the objection thereto filed by Debtor. At the hearing, William Brummett appeared for Debtor and Karen Bradley appeared for the movant, Bank of America ("Creditor"). Being sufficiently advised, the Court finds that the Motion is well taken and should be granted, but that the stay should remain in place until July 1, 2018.

IT IS THEREFORE ORDERED that the automatic stay imposed under 11 U.S.C. § 362(a) is hereby modified, effective July 1, 2018, to allow Creditor to pursue its applicable nonbankruptcy law rights and remedies (*in rem* only), and also to allow the parties to negotiate a loan modification.

_____
Hon. David T. Thuma
United States Bankruptcy Judge

Entered: June 5, 2018

Copies to: Counsel of Record